Slip Op. 17-56

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PAKFOOD PUBLIC COMPANY LIMITED, OKEANOS FOOD COMPANY LIMITED, THAI UNION FROZEN PRODUCTS PUBLIC CO., LTD., THAI UNION SEAFOOD CO., LTD.,<br><br>    Plaintiffs,<br><br>     v.<br><br>UNITED STATES,<br><br>    Defendant. | Before: Leo M. Gordon, Judge<br><br>Court No. 14-00230 |

**JUDGMENT**

Before the court is the U.S. Department of Commerce's Final Results of Redetermination Pursuant to Court Remand ("Remand Results"), ECF No. 56, in this action. There being no challenge to the Remand Results, it is hereby

**ORDERED** that the Remand Results are sustained; and it is further

**ORDERED** that the subject entries enjoined in this action, see ECF No. 10 (order granting consent motion for preliminary injunction), must be liquidated in accordance with the final court decision, as provided for in Section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2012).

           /s/ Leo M. Gordon
           Judge Leo M. Gordon

Dated: May 10, 2017
  New York, New York